350 Mount Kemble Avenue
P.O. Box 1917
Morristown, New Jersey 07962
phone: 973-267-0058
fax: 973-267-6442
www.cmg.law

Coughlin Midlige & Garland LLP

Wall Street Plaza
88 Pine Street, 28th Floor
New York, New York 10005
phone: 212-483-0105
fax: 212-480-3899

Adam M. Smith, Esq.
Direct: (212) 612-4995
Email: asmith@cmg.law

Samantha L. Infermo, Esq.
Direct: (973) 631-6013
Email: sinfermo@cmg.law

May 26, 2026

**VIA ECF**
Hon. Renee Marie Bumb, U.S.D.J.
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

**Re:** ***Zurich Am. Ins. Co. v. Crum & Forster Specialty Ins. Co.***
**C.A. No. 1:26-cv-00387**
**Withdrawal of Request for Pre-Motion Conference**

Dear Chief Judge Bumb:

We represent Zurich American Insurance Company ("Zurich") in the above-referenced insurance coverage action. On May 11, 2026, Zurich filed a Request for Pre-Motion Conference to dismiss the counterclaim filed by Crum & Forster Specialty Insurance Company ("Crum & Forster"). Since submission of the request, Crum & Forster has voluntarily dismissed its counterclaim. In light of that development, the Pre-Motion Conference is no longer necessary. Zurich respectfully withdraws its Request for Pre-Motion Conference.

We thank the Court for its consideration.

Respectfully submitted,

*/s/ Adam M. Smith, Esq.*
Adam M. Smith, Esq.

cc: All Counsel of Record via ECF