350 Mount Kemble Avenue
P.O. Box 1917
Morristown, New Jersey 07962
phone: 973-267-0058
fax: 973-267-6442
www.cmg.law

Coughlin Midlige & Garland LLP

Wall Street Plaza
88 Pine Street, 28th Floor
New York, New York 10005
phone: 212-483-0105
fax: 212-480-3899

Adam M. Smith, Esq.
Direct: (212) 612-4995
Email: asmith@cmg.law

Samantha L. Infermo, Esq.
Direct: (973) 631-6013
Email: sinfermo@cmg.law

August 7, 2026

**VIA ECF**
Hon. Elizabeth A. Pascal, U.S.M.J.
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

**Re: *Zurich Am. Ins. Co. v. Crum & Forster Specialty Ins. Co.***
**C.A. No. 1:26-cv-00387**

Dear Judge Pascal:

Plaintiff Zurich American Insurance Company ("Zurich") and Defendant Crum & Forster Specialty Insurance Company ("Crum & Forster Specialty") provide Your Honor with this joint correspondence in furtherance of the discussion during the August 4, 2026, telephone status conference in the above-referenced matter. Your Honor requested that we advise of the parties' interest in scheduling a settlement conference with the Court. Given the current status of settlement negotiations, Zurich believes that direct settlement negotiations will be fruitful and that we do not need to impose upon the Court's time with a settlement conference. Crum & Forster Specialty consents. If negotiations become stalled, the parties will request a settlement conference with the Court.

The parties intend to continue their direct settlement discussions and will promptly notify the Court should they conclude that a settlement conference would become necessary or helpful in resolving the matter.

Thank you for Your Honor's consideration.

Respectfully submitted,

*/s/ Adam M. Smith, Esq.*
Adam M. Smith, Esq.

cc: All Counsel of Record via ECF