350 Mount Kemble Avenue
P.O. Box 1917
Morristown, New Jersey 07962
phone: 973-267-0058
fax: 973-267-6442
www.cmg.law

Coughlin Midlige & Garland LLP

Wall Street Plaza
88 Pine Street, 28th Floor
New York, New York 10005
phone: 212-483-0105
fax: 212-480-3899

Adam M. Smith, Esq.
Direct: (212) 612-4995
Email: asmith@cmg.law

Samantha L. Infermo, Esq.
Direct: (973) 631-6013
Email: sinfermo@cmg.law

September 30, 2026

**VIA ECF**
Hon. Elizabeth A. Pascal, U.S.M.J.
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

**Re:** ***Zurich Am. Ins. Co. v. Crum & Forster Specialty Ins. Co.***
**C.A. No. 1:26-cv-00387**

Dear Judge Pascal:

Plaintiff Zurich American Insurance Company ("Zurich") provides Your Honor with this correspondence in furtherance of the discussion during the September 21, 2026 telephone status conference in the above-referenced matter. Given the status of communications with Defendant Crum & Forster Specialty Insurance Company ("Crum & Forster"), Zurich believes that direct conversations between the parties will be productive. At this juncture, Zurich is of the opinion that a settlement conference led by Your Honor is not necessary unless the Court so orders.

Zurich will promptly notify the Court should we conclude that a settlement conference would become necessary or helpful in resolving the matter.

Thank you for Your Honor's consideration.

Respectfully submitted,

*/s/ Adam M. Smith, Esq.*
Adam M. Smith, Esq.

cc: All Counsel of Record via ECF